UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

EDDIE S. ELLIS-BEY,                )
                                   )
            Petitioner,             )
                                   )
     v.                             )      No. 4:07 CV 734 DDN
                                   )
TROY STEELE,                        )
                                   )
            Respondent.             )

### JUDGMENT ORDER

For the reasons set forth in the Memorandum filed herewith,

**IT IS HEREBY ORDERED** that the petition of Eddie S. Ellis-Bey for a writ of habeas corpus is denied. The action is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the motions of petitioner Eddie S. Ellis-Bey to hold the petition in abeyance (Doc. 4), to amend (Doc. 7), to appoint counsel (Doc. 9), and to hold an evidentiary hearing (Doc. 21) are denied as moot.

**IT IS FURTHER ORDERED** that the motion to voluntarily dismiss the action without prejudice (Doc. 28) is denied.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied, because there has been no showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

        /S/   David D. Noce
        **UNITED STATES MAGISTRATE JUDGE**

Signed on March 20, 2008.